

# Fourth Court of Appeals
## San Antonio, Texas

November 14, 2018

No. 04-18-00724-CR

Gabriel **LARA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR8433W
Honorable Ron Rangel, Judge Presiding

**ORDER**

In accordance with this Court's memorandum opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on November 14, 2018.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of November, 2018.

_____
Keith E. Hottle, Clerk of Court